918

No. 526. WASHINGTON NATIONAL INSURANCE CO. *v.* STURM, ADMINISTRATOR. C. A. 8th Cir. Certiorari denied. *Lon Hocker* for petitioner. .

No. 528. OXMAN *v.* PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. Petitioner *pro se*. *Richardson Dilworth* for respondent.

No. 530. COMMISSIONER OF INTERNAL REVENUE *v.* CHAMBERLIN ET AL. C. A. 6th Cir. Certiorari denied. *Acting Solicitor General Stern* for petitioner. *Randolph E. Paul* and *Louis Eisenstein* for respondents. .

No. 532. SMITH *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Sol Goodman* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Melva M. Graney* for respondent.

No. 535. ROCHELLE, TRUSTEE IN BANKRUPTCY, *v.* SHIDELER. C. A. 5th Cir. Certiorari denied. *Irving L. Goldberg* for petitioner. *Michael E. Culligan, Jr.* and *Carl Sturzenacker* for respondent. .

No. 538. KELLER ET AL., TRADING AS HOWARD MANUFACTURING CO., *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Oscar H. Brinkman* and *Charles E. Swanson* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger, Melvin Richter* and *Benjamin Forman* for the United States.